WALKER v. COBLE

No. 162P00

Case below: 136 N.C.App. 850

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

WHITAKER v. AKERS

No. 208P00

Case below: 137 N.C.App. 274

Petition by defendant (Akers) for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

WILLIAMS v. FAMILY DOLLAR STORES OF N.C.

No. 83P00

Case below: 136 N.C.App. 670

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

## PETITIONS TO REHEAR

LOVELACE v. CITY OF SHELBY

No. 312A99

Case below: 351 N.C.458
                133 N.C.App. 408

Petition by defendants to rehear pursuant to Rule 31 denied 15 June 2000.

THOMPSON v. WATERS

No. 267PA99

Case below: 351 N.C.462
                133 N.C.App. 194

Petition by defendant (Lee County) to rehear pursuant to Rule 31 denied 15 June 2000.